UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Catherine Kassenoff*

Plaintiff(s),

-against-

*Allan Kassenoff, Constantine G Dimopoulos + Dimopoulos Bruggeman PC*

Defendant(s).

Docket No: ___7:22___ CV ___2162___ ( KMK )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Kassenoff, Allan, A

☐ Plaintiff
☑ Defendant

Name (Last, First, MI)

161 Beach Avenue   Larchmont          New York          10538

Address          City          State          Zip Code

917-623-8353          kassenoffa@gtlaw.com

Telephone Number          e-mail address

5/12/22

Date          Signature