Allan Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
kassenoffa@gtlaw.com
(917) 623-8353

May 12, 2022

**VIA ECF**

The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    ***Catherine Kassenoff v. Allan Kassenoff et al.***
                **Case No. 7:22-CV-002162-KMK (S.D.N.Y.)**

Dear Judge Karas:

I am writing to respectfully request that you authorize the removal of two documents that I mistakenly filed in the above captioned case (Dkt. Nos. 15 and 16). Although I am a Shareholder at the law firm of Greenberg Traurig LLP, I will be proceeding in this case *pro se*. I inadvertently filed my Notice of *Pro Se* Appearance (Dkt. No. 15) via ECF, which makes it appear as if Greenberg Traurig is involved in this case (it is not). Accordingly, I respectfully request that you authorize its removal from the docket. Additionally, I also request the removal of docket number 16 (Consent to Electronic Service) for the same reason. I will be sending both of those documents to the Pro Se Intake Unit for proper filing in this action.

Respectfully,

/s/ *Allan Kassenoff*

Allan Kassenoff

1