UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Kassenoff

Plaintiff(s),

-against-

Allan Kassenoff, Constantine G Dimopoulos + Dimopoulos Bruggeman PC

Defendant(s).

Docket No: 7:22 CV 2162 ( KMK )(   )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Kassenoff, Allan, A

☐ Plaintiff
☑ Defendant

Name (Last, First, MI)

| 161 Beach Avenue | Larchmont | New York | 10538 |
|---|---|---|---|
| Address | City | State | Zip Code |

917-623-8353

kassenoffa@gtlaw.com

Telephone Number

e-mail address

5/12/22

[signature]

Date

Signature