UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine Kassenoff

Plaintiff(s),

-against-

Allan Kassenoff, Constantine G. Dimopoulos, and Dimopoulos Bruggemann, P.C.

Defendant(s).

Docket No: 22 CV 02162 )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Dimopoulos Bruggemann, P.C.
Name (Last, First, MI)

☐ Plaintiff
☑ Defendant

| 73 Main St. | Tuckahoe | NY | 10707 |
|---|---|---|---|
| Address | City | State | Zip Code |

914-472-4242
Telephone Number

gd@dimolaw.com
e-mail address

5/24/2022
Date

Signature