UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHERINE KASSENOFF,

    Plaintiff,

                    v.

ALLAN KASSENOFF,
CONSTANTINE G. DIMOPOULOS, AND
DIMOPOLOUS BRUGGEMANN PC,

    Defendant.

Case No. 7:22-cv-02162-KMK

---

## DECLARATION OF ALLAN KASSENOFF

I, Allan Kassenoff, declare as follows:

I am a member of the Bar of this Court and a Shareholder at the law firm of Greenberg Traurig, LLP. I submit this declaration in support of Defendants' Reply in Further Support of Their Motion To Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(6).

1. Attached hereto as Exhibit 13 is a true and correct copy of the transcript of a hearing that took place on June 2, 2021 in front of Judge Nancy Quinn Koba in *Kassenoff v. Kassenoff*, Index Number 58217/2019 (the "Matrimonial Action"), currently pending in the Supreme Court of Westchester County.

2. Attached hereto as Exhibit 14 is a true and correct copy of NYSCEF Doc. No. 54, which is a So-Ordered transcript of a hearing that took place on June 19, 2019 in front of Judge David F. Everett in the Matrimonial Action.

3. Attached hereto as Exhibit 15 is a true and correct copy of an email from Catherine Kassenoff to Gus Dimopoulos, Atty Bruggemann and Allan Kassenoff, dated September 9, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  September 15, 2022

*/s/ Allan Kassenoff*
Allan Kassenoff
