Allan Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
kassenoffa@gtlaw.com
(917) 623-8353

January 13, 2023

**VIA ECF**

The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Catherine Kassenoff v. Allan Kassenoff et al.*
                Case No. 7:22-CV-002162-KMK (S.D.N.Y.)

Dear Judge Karas:

On August 23, 2022, I wrote to the Court to respectfully request (i) a 4-day extension by which to submit our reply papers to the Defendants' pending Motion to Dismiss and (ii) that the Court strike the Evidentiary Supplement to Affidavit of Catherine Kassenoff (Dkt. 36), which included 10 exhibits and more than 140 pages, which had been filed on August 22, 2022 – *i.e.,* 3 days after the deadline to file such materials. (Dkt. 37). On November 14, 2022, the Court Endorsed my letter as "So Ordered," stating that "[b]oth applications are granted." (Dkt. 40). Today, I checked the docket and noticed that the stricken documents (Dkt. 36) are still included. Accordingly, I respectfully request that those materials be removed from the docket pursuant to Your Honor's November 14, 2022 ruling

Thank you very much in advance.

Sincerely,

/s/ *Allan Kassenoff*

Allan Kassenoff

1