UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CATHERINE KASSENOFF,

                    Plaintiff,

      -against-

ALLAN KASSENOFF, CONSTANTINE G.
DIMOPOULOS, and DIMOPOULOS
BRUGGEMANN, P.C.,

                    Defendants.

-------------------------------------------------------------X

**Docket No.: 22-cv-2162 (KMK)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Lisa L. Shrewsberry, Esq., an attorney duly admitted to practice law before the Courts of the State of New York, and before this Court, hereby appears as counsel for Defendants CONSTANTINE G. DIMOPOULOS and DIMOPOULOS BRUGGEMANN, P.C. in this action.

Dated:    Hawthorne, New York
           April 3, 2023

           TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Lisa L. Shrewsberry*

By:    Lisa L. Shrewsberry, Esq.
       *Attorneys for Defendants Constantine G. Dimopoulos and*
         *Dimopoulos Bruggemann, P.C.*
       Mid Westchester Executive Park
       Seven Skyline Drive
       Hawthorne, New York 10532
       (914) 347 2600