Allan Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
kassenoffa@gtlaw.com
(917) 623-8353

MEMO ENDORSED

April 5, 2023

**VIA ECF**

The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Catherine Kassenoff v. Allan Kassenoff et al.*
            Case No. 7:22-CV-002162-KMK (S.D.N.Y.)

Dear Judge Karas:

I write to follow up on Defendants' March 28, 2023 pre-motion conference letter. On March 29, 2023, Your Honor endorsed Defendants' letter, ordering Plaintiff to respond by April 5, 2023. I will be out of town observing Passover starting this evening and returning on Saturday night (April 8). Accordingly, I respectfully request that any pre-motion conference ordered by the Court not take place until next week due to my observance of Passover. Additionally, the current deadline for a motion for sanctions is Monday, April 10, 2023. Accordingly, I also respectfully request that such deadline be extended to 10 days after (and assuming that) the Court gives permission to file such a motion. Thank you very much in advance.

Sincerely,

/s/ *Allan Kassenoff*

Allan Kassenoff

Granted. The Sanctions Motion deadline is extended 10 days after the Court gives permission for such a motion.

So Ordered.

4/5/23

1