UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CATHERINE KASSENOFF, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | 22 CIV 2162 (KMK) |
| | ) | |
| ALLAN KASSENOFF, | ) | |
| CONSTANTINE G. DIMOPOULOS, AND | ) | |
| DIMOPOULOS BRUGGEMANN PC | ) | |
| | ) | |
| DEFENDANTS | ) | APRIL 26, 2023 |

## NOTICE OF APPEAL

Notice is hereby given that Catherine Kassenoff, plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order entered in this action on March 28, 2023 granting Defendants Allen Kassenoff, Constantine G. Dimopoulos, and Dimopoulos Bruggemann, P.C.'s motion to dismiss.

CATHERINE KASSENOFF

By _____
Harold R. Burke (HB0149)
Law Offices of Harold R. Burke
P.O. Box 4078
Greenwich, CT 06830
Telephone: (203) 219-2301
Facsimile: (203) 413-4443
E-Mail: hrb@burke-legal.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on April 26, 2023 a copy of foregoing was filed electronically and served electronically by e-mail upon:

            Allen Kassenoff,
            Constantine G. Dimopoulos, and
            Dimopoulos Bruggemann, P.C.

      Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

            /s/ *Harold R. Burke*
            Harold R. Burke (hb0149)
            Law Offices of Harold R. Burke
            P.O. Box 4078
            Greenwich, CT 06830
            Telephone:  (203) 219-2301
            Facsimile:   (203) 413-4443
            E-Mail:         hrb@burke-legal.com