# LAW OFFICES OF HAROLD R. BURKE

POST OFFICE BOX 4078
GREENWICH, CONNECTICUT  06831
-
4 STONEWALL CIRCLE
WEST HARRISON, NEW YORK 10604
WWW.BURKE-LEGAL.COM

MEMBER, STATE AND FEDERAL BARS OF
CONNECTICUT AND NEW YORK

TELEPHONE (203) 219-2301
FACSIMILE (203) 413-4443
E-MAIL HRB@BURKE-LEGAL.COM

Via CM/ECF

July 6, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, New York 106001-4150

Re: *Catherine Kassenoff v. Allan Kassenoff et al*. 7:22-CV-002162-KMK

Dear Judge Karas:

This letter is a follow up to my letter dated June 5th with respect to the status of my client who reportedly died on May 27, 2023.

I received a notification from the United States Consulate dated June 21, 2023 that my client died on May 27, 2023 in Liestal, Switzerland.

I am at present researching the effect of this development on further proceedings in this matter, as well as the pending appeal, given that all matrimonial proceedings abated upon her death including the interlocutory decision and order at issue.

Kindly advise how the Court would like to proceed.

Respectfully,

Harold R. Burke

HRB/st

cc.   Allan Kassenoff (kassenoffa@gtlaw.com)
Lisa Lynn Shrewsberry (lshrewsberry@traublieberman.com)
Wayne Baker (federallitigator@gmail.com)