Allan Kassenoff, Esq.
161 Beach Avenue
Larchmont, NY 10538
akassenoff@yahoo.com
(917) 623-8353

July 21, 2023

**VIA EMAIL**

*Pro Se* Intake Unit
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    ***Catherine Kassenoff v. Allan Kassenoff et al.***
             **Case No. 7:22-CV-002162-KMK (S.D.N.Y.)**

To whom it may concern:

I am writing to respectfully request that you change my email address from kassenoffa@gtlaw.com to akassenoff@yahoo.com  Thank you very much in advance.

Respectfully,

/s/ *Allan Kassenoff*

Allan Kassenoff