
**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand twenty-three,

_____

Catherine Kassenoff,

    Plaintiff - Appellant,

v.

Allan Kasenoff, Constantine G. Dimopoulos, Dimopoulos Bruggemann PC,

    Defendants - Appellees.

_____

**ORDER**
Docket Number: 23-725

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 07 2023

A notice of appeal was filed on April 28, 2023. Appellant's Form Acknowledgment and Notice of Appearance was due May 12, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 5, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 08/07/2023**